IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **11-cv-2996-AP**

**DAVID VITITOE,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    **ALL** documents filed by the plaintiff since filing of the answer and administrative record on February 10, 2012 are **STRICKEN**.  The parties are directed to confer and prepare their Joint Case Management Plan where the matters raised in these filings are properly identified and addressed.  The government's Motion to Strike Plaintiff's pro se Reply to Answer to Complaint (doc. #18) is therefore **DENIED** as **MOOT**.

Dated:  February 22, 2012